UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:23-cv-20177-WILLIAMS/REID

GWENDOLYN DOLORES,

    Plaintiff,
v.

TARGET CORPORATION,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, TARGET CORPORATION ("Target"), by and through its undersigned counsel, hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement, and states:

**Certificate of Interested Parties**

1. Target's complete list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    *a.* Target Corporation – *Defendant;*

    *b.* Hamilton, Miller & Birthisel, LLP – Solely in its capacity as *Counsel for Defendant;*

    *c.* Schuyler A. Smith - Solely in her capacity as *Counsel for Defendant;*

    *d.* Andres A. Pino - Solely in his capacity as *Counsel for Defendant;*

    *e.* Gwendolyn Dolores – *Plaintiff;*

    *f.* Jerome A. Pivnik, Esq - Solely in his capacity as *Counsel for Plaintiff;*

    *g.* The Pivnik Law Firm – Solely in its capacity as *Counsel for Plaintiff.*

CASE NO.: 1:23-cv-20177-WILLIAMS/REID

**Corporate Disclosure**

2. Pursuant to Fed. R. Civ. P. 7.1, for its Corporate Disclosures Statement, Target states as follows: Target Corporation is a publicly held corporation. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

**Dated January 27, 2023**

Respectfully Submitted,

*/s/ Schuyler A. Smith*
Schuyler A. Smith, Esq.
Florida Bar No. 70710
ssmith@hamiltonmillerlaw.com
Andres A. Pino, Esq.
Florida Bar No.: 119338
apino@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
*Attorneys for Target Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

*/s/ Schuyler A. Smith*
Schuyler A. Smith, Esq.

CASE NO.: 1:23-cv-20177-WILLIAMS/REID

## SERVICE LIST

Jerome A. Pivnik, Esq.
The Pivnik Law Firm
7700 N. Kendall Drive
Suite 703
Miami, FL 33156
Tel: 305-670-0095
JPivnik@Piviniklaw.com
*Attorney for Plaintiff*