| | |
|---|---|
| From: | Jerry Pivnik |
| To: | Schuyler Smith; Andres Pino; Daisy Lazo; Joanne Rudd; Amy Kent |
| Cc: | Jerry Pivnik |
| Subject: | FW: SERVICE OF COURT DOCUMENT CASE NUMBER 132022CA015821000001 GWENDOLYN DOLORES vs TARGET CORPORATION |
| Date: | Thursday, January 12, 2023 2:27:03 PM |
| Attachments: | POS-195.pdf |

Dear counsel and staff

Attached, please find the Plaintiff's Proposal of Settlement to the Defendant, Target Corp. In accordance with the Rules, this proposal is not and will not be filed with the Court except in the case of either an acceptance of this proposal or unless necessary to enforce the provisions of Rule 1.442.

**Jerome A. Pivnik, Esq.**
The Pivnik Law Firm
7700 N. Kendall Dr., Ste. 703
Miami, FL 33156
T: 305-670-0095
F: 305-670-0094
PivnikLaw@aol.com
www.PivnikLaw.com

**EMAIL CONFIDENTIALITY:** The information contained in this electronic message may contain attorney-client privilege and confidential information intended only for use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient of this email message you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited. If you have received this email in error, please notify the sender by return email and/or by telephone at 305-670-0095.

**From:** eservice@myflcourtaccess.com <eservice@myflcourtaccess.com>
**Sent:** Thursday, January 12, 2023 2:17 PM
**Subject:** SERVICE OF COURT DOCUMENT CASE NUMBER 132022CA015821000001 GWENDOLYN DOLORES vs TARGET CORPORATION

## Notice of Service of Court Documents

### Filing Information

| | |
|---|---|
| Filing #: | 164636145 |
| Filing Time: | 01/12/2023 02:16:39 PM ET |
| Filer: | JEROME ALAN PIVNIK 305-670-0095 |
| Court: | Eleventh Judicial Circuit in and for Miami-Dade County, Florida |
| Case #: | 132022CA015821000001 |
| Court Case #: | 2022-015821-CA-01 |
| Case Style: | GWENDOLYN DOLORES vs TARGET CORPORATION |

### Documents

| Title | File |
|---|---|
| Notice Of Serving Proposal For Settlement | POS-notice.pdf |

### E-service recipients selected for service:

| Name | Email Address |
|---|---|
| Andres Alejandro Pino | andresap@gmail.com |
| N/A | jpivnik@Pivniklaw.com |
| JEROME ALAN PIVNIK | pivniklaw@aol.com |
| | jpivnik@Pivniklaw.com |
| Schuyler A Smith | ssmith@hamiltonmillerlaw.com |
| | dlazo@hamiltonmillerlaw.com |