# RETURN OF SERVICE

**State of Florida**  **County of Miami-Dade**  **Circuit Court**

Case Number: 2022-015821-01

Plaintiff: **GWENDOLYN DOLORES**
vs.
Defendant: **TARGET CORPORATION**

For:
Jerome Pivnik, Esq.
THE PIVNIK LAW FIRM
7700 North Kendall Drive
Suite 703
Miami, FL 33156

Received by Caplan, Caplan & Caplan Process Servers on the 12th day of September, 2022 at 4:39 pm to be served on **TARGET CORPORATIONS A FOREIGN CORPORATION BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324**

I, Luzeneida Gonzalez, do hereby affirm that on the **13th day of September, 2022** at **11:00 am**, I:

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, COMPLEX BUSINESS COURT, PLAINTIFFS REQUEST TO PRODUCE, CERTIFICATE OF SERVICE, FACTUAL AND JURISDICTIONAL ALLEGATIONS** with the date and hour of service endorsed thereon by me, to: **CT CORPORATION SYSTEM** as **REGISTERED AGENT** at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** on behalf of **TARGET CORPORATIONS A FOREIGN CORPORATION BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

**Additional Information pertaining to this Service:**
BY SERVING DONNA MOCH AS EMPLOYEE OF THE REGISTERED AGENT

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/Witness was served and have no interest in the above action. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

Luzeneida Gonzalez
1089

Caplan, Caplan & Caplan Process Servers
12505 Orange Drive
Suite 907
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: CPN-2022028515
Service Fee: _____

Filing # 156134903 E-Filed 08/25/2022 03:59:30 PM

GWENDOLYN DOLORES

Plaintiff,

vs.

TARGET CORPORATION.

Defendant.
_____/

SEP 1 2 2022

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

GENERAL JURISDICTION

CASE NO.: 2022-015821-CA-01

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant

    TARGET CORPORATION  a foreign corporation
    by Serving its Registered Agent:
        CT Corporation System
        1200 S. Pine Island Road
        Plantation, FL 33324

9132022

INITIAL ___8___   BADGE# 1085

11A

Defendant is hereby required to serve written defenses to the complaint on Plaintiff's attorney:

    Jerome A. Pivnik, Esq.
    THE PIVNIK LAW FIRM
    7700 N. Kendall Drive, Suite 703
    Miami, FL 33156
    Ph. (305) 670-0095
    Jpivnik@Pivniklaw.com
    Pivniklaw@aol.com

within **20** days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated on the 9/12/2022 day of August, 2022.

Harvey Ruvin,
Clerk of Courts

As Clerk of the Court

217043

By: _____
Deputy Clerk

COURT SEAL

28515